1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California  94111-4067
4  Telephone:  (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSE JUAN, on behalf of himself and all others          No. C-05-3271
    similarly situated,
12                                                          STIPULATION AND [PROPOSED]
                    Plaintiff,                              ORDER TO EXTEND TIME FOR
13         v.                                               DEFENDANT TO ANSWER OR
                                                            OTHERWISE RESPOND TO
14  INTEL CORPORATION, a Delaware                           COMPLAINT
    Corporation,
15
                    Defendant.
16

17              IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

18  COUNSEL AS FOLLOWS:

19              Pursuant to Civil Local Rule 6-2, Plaintiff Jose Juan and Defendant Intel

20  Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint be

21  extended 30 days, up to and including October 12, 2005.

22              This is the first stipulation between the parties.  Because this litigation has just

23  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

24  ///

25  ///

26  ///

1   DATED:  September 12, 2005

2
                                    BINGHAM McCUTCHEN LLP
3

4

5                                   By:_____/s/ Joy K. Fuyuno_____
                                             Joy K. Fuyuno
6                                          Attorneys for Defendant
                                            Intel Corporation
7

8   DATED:  September 12, 2005

9
                                    DRUMMOND & ASSOCIATES
10

11

12                                  By:_____/s/ Donald F. Drummond_____
                                           Donald F. Drummond
13                                         Attorneys for Plaintiff
                                             Jose Juan
14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

### [Proposed] Order to Extend Response Time

IT IS HEREBY ORDERED that Defendant Intel Corporation shall have up to and including October 12, 2005 to respond to Plaintiff Jose Juan's complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September  14  , 2005

_____
~~United States District Judge~~

Edward M. Chen
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

SF/21635197.1